# EXHIBIT A

*Served WS*
*1:54 PM 8-14-24*

Court of Common Pleas of Philadelphia County
Trial Division

# Civil Cover Sheet

| For Prothonotary Use Only (Docket Number) |
|---|
| **AUGUST 2024**      **00855** |
| E-Filing Number 2408013572 |

| PLAINTIFF'S NAME | DEFENDANT'S NAME |
|---|---|
| TINA DISANO | THE TRAVELERS COMPANIES, INC., ALIAS. TRAVELERS PERSONAL INSURANCE COMPANY |

| PLAINTIFF'S ADDRESS | DEFENDANT'S ADDRESS |
|---|---|
| 1722R HANCOCK STREET PHILADELPHIA PA 19122 | ONE TOWER SQUARE HARTFORD CT 06183 |

| PLAINTIFF'S NAME | DEFENDANT'S NAME |
|---|---|
| | |

| PLAINTIFF'S ADDRESS | DEFENDANT'S ADDRESS |
|---|---|
| | |

| PLAINTIFF'S NAME | DEFENDANT'S NAME |
|---|---|
| | |

| PLAINTIFF'S ADDRESS | DEFENDANT'S ADDRESS |
|---|---|
| | |

| TOTAL NUMBER OF PLAINTIFFS | TOTAL NUMBER OF DEFENDANTS | COMMENCEMENT OF ACTION |
|---|---|---|
| 1 | 1 | ☒ Complaint    ☐ Petition Action    ☐ Notice of Appeal<br>☐ Writ of Summons    ☐ Transfer From Other Jurisdictions |

| AMOUNT IN CONTROVERSY | COURT PROGRAMS | | | |
|---|---|---|---|---|
| ☐ $50,000.00 or less<br>☒ More than $50,000.00 | ☐ Arbitration<br>☐ Jury<br>☒ Non-Jury<br>☐ Other | ☐ Mass Tort<br>☐ Savings Action<br>☐ Petition | ☐ Commerce<br>☐ Minor Court Appeal<br>☐ Statutory Appeals | ☐ Settlement<br>☐ Minors<br>☐ W/D/Survival |

| CASE TYPE AND CODE |
|---|
| 1J - BAD FAITH |

| STATUTORY BASIS FOR CAUSE OF ACTION |
|---|
| |

| RELATED PENDING CASES (LIST BY CASE CAPTION AND DOCKET NUMBER) | **FILED PRO PROTHY** <br> **AUG 07 2024** | IS CASE SUBJECT TO COORDINATION ORDER?<br>YES      NO |
|---|---|---|

### TO THE PROTHONOTARY

Kindly enter my appearance on behalf of Plaintiff/Petitioner/Appellant  TINA DISANO

Papers may be served at the address set forth below

| NAME OF PLAINTIFF'S/PETITIONER'S/APPELLANT'S ATTORNEY | ADDRESS |
|---|---|
| JAMES L. PEARL | 100 S. BROAD STREET SUITE 2126 PHILADELPHIA PA 19110 |

| PHONE NUMBER | FAX NUMBER | |
|---|---|---|
| (215)586-4422 | none entered | |

| SUPREME COURT IDENTIFICATION NO | E-MAIL ADDRESS |
|---|---|
| 82374 | james@jamespearl.com |

| SIGNATURE OF FILING ATTORNEY OR PARTY | DATE SUBMITTED |
|---|---|
| JAMES PEARL | Wednesday, August 07, 2024, 09:15 am |

FINAL COPY (Approved by the Prothonotary Clerk)

James L. Pearl, Esquire
Attorney I.D. No. 82374
100 S. Broad Street, Suite 2126
Philadelphia, Pennsylvania 19110
(215) 586-4422
Attorney for Plaintiff Tina DiSano

*Filed and ... ed ... y the*
*Office ... Judicial ... cords*
*07 ... 2024 0 ... am*

---

TINA DiSANO
1722R Hancock Street
Philadelphia, Pennsylvania 19122

                        Plaintiff

      v.

THE TRAVELERS COMPANIES, INC.
d/b/a and/or TRAVELERS PERSONAL
INSURANCE COMPANY
One Tower Square
Hartford, Connecticut 06183

                       Defendant

COURT OF COMMON PLEAS
PHILADELPHIA COUNTY, PA

_____ TERM, 2024

No. _____

---

## NOTICE TO DEFEND

You have been sued in court. If you wish to defend against the claims set forth in the following pages, you must take action within twenty (20) days after this complaint and notice are served, by entering a written appearance personally or by attorney and filing in writing with the court your defenses or objections to the claims set forth against you. You are warned that if you fail to do so the case may proceed without you and a judgment may be entered against you by the court without further notice for any money claimed in the complaint or for any other claim or relief requested by the plaintiff. You may lose money or property or other rights important to you

YOU SHOULD TAKE THIS PAPER TO YOUR LAWYER AT ONCE. IF YOU DO NOT HAVE A LAWYER, GO TO OR TELEPHONE THE OFFICE SET FORTH BELOW. THIS OFFICE CAN PROVIDE YOU WITH INFORMATION ABOUT HIRING A LAWYER.

IF YOU CANNOT AFFORD TO HIRE A LAWYER, THIS OFFICE MAY BE ABLE TO PROVIDE YOU WITH INFORMATION ABOUT AGENCIES THAT MAY OFFER LEGAL SERVICES TO ELIGIBLE PERSONS AT A REDUCED FEE OR NO FEE.

1

Case ID 240800855

Philadelphia Bar Association
Lawyer Referral and Information Service
One Reading Center
Philadelphia, Pennsylvania 19107
(215) 238-6333
TTY (215) 451-6197

## AVISO

Le han demandado a usted en la corte. Si usted quiere defenderse de estas demandas expuestas en las paginas siguientes, usted tiene veinte (20) dias de plazo al partir de la fecha de la demanda y la notificacion. Hace falta ascentar una comparencia escrita o en persona o con un abogado y entregar a la corte en forma escrita sus defensas o sus objeciones a las demandas en contra de su persona. Sea avisado que si usted no se defiende, la corte tomara medidas y puede continuar la demanda en contra suya sin previo aviso o notificacion  Ademas, la corte puede decidir a favor del demandante y requiere que usted cumpla con todas las provisiones de esta demanda. Usted puede perder dinero o sus propiedades u otros derechos importantes para usted

Lleve esta demanda a un abogado inmediatamente. Si no tiene abogado o si no tiene el dinero suficiente de pagar tal servicio. Vaya en persona o llame por telefono a la oficina cuya direccion se encuentra escrita abajo para averiguar donde se puede conseguir asistencia legal.

Asociacion de Licenciados de Filadelfia
Servicio de Referencia e Informacion Legal
One Reading Center
Philadelphia, PA 19107
(215) 238-6333
TTY (215) 451-6197

## COMPLAINT

Plaintiff Tina DiSano ("Plaintiff"), by and through her undersigned attorney, James L. Pearl, Esquire, for her Complaint against Defendant The Travelers Companies, Inc  d/b/a and/or t/a Travelers Personal Insurance Company ("Defendant") alleges as follows·

## THE PARTIES

1.      Plaintiff is an individual resident of the Commonwealth of Pennsylvania with an address at 1722R Hancock Street, Philadelphia, Pennsylvania 19122

2       Defendant is American insurance company incorporated under the laws of the State

2

of Minnesota with an address at One Tower Square, Hartford, Connecticut 06183

## JURISDICTION AND VENUE

3.    This Honorable Court may exercise general personal jurisdiction over Defendant pursuant to 42 Pa.C.S. §5301(a)(3)(iii) based upon Defendant carrying on of a continuous and systematic part of its general business within the Commonwealth of Pennsylvania

4.    Venue is proper in Philadelphia County pursuant to Pa.R.C.P. 1006(a)(1) because the cause of action in which this Complaint is based arose in Philadelphia County.

## FACTS COMMON TO ALL COUNTS

## THE DiSANO PROPERTY AND THE INCIDENT ON OR ABOUT DECEMBER 20, 2023

5    Plaintiff is the owner of the property located in Philadelphia at 1722R N. Hancock Street (the "DiSano Property").

6.    The northwest corner of the DiSano Property adjoins the property located at 1731-39 Tilghman Street, which is owned by 1731-39 Tilghman QOZB, LLC ("Tilghman LLC") (the "Tilghman Property").

7.    Located on the DiSano Property is Plaintiff's 3-story framed building clad house built in 2018 with brick, vinyl siding and metal ("Plaintiff's House"). Plaintiff's House is constructed on a cast in place concrete foundation with a full basement and the northwest corner of Plaintiff's House at ground level is clad with vinyl siding.

8.    In or about January 2021, Tilghman LLC engaged Tester Construction as its general contractor for the construction and erection of a five (5) story building on the Tilghman Property with a commercial space on the first (1st) floor and twenty eight (28) dwelling units located on the second (2nd) through fifth (5th) floors (the "Tilghman Project").

9.    As owner of the Tilghman Property, Tilghman LLC, and as general contractor of the

3

Tilghman Project, Tester Construction, both had an obligation to properly supervise the contractors, subcontractors, agents, servants, workmen and employees that undertook work and construction at the Tilghman Property during completion of the Tilghman Project, including protecting adjacent properties, such as the DiSano Property and Plaintiff's House, and property owners, such as Plaintiff, from harm and damage.

10.     On or about December 1, 2023, the northwest corner of Plaintiff's House was struck by a large piece of construction equipment being used on the Tilghman Property causing the concrete foundation, vinyl siding and trim on and of Plaintiff's House to crack, break and chip and water to enter and flow into Plaintiff's House through the joint formed by the egress door well wall and the foundation wall of Plaintiff's House (the "Incident").

11.     On about December 20, 2023, as a result of the Incident, water, again, then entered and flowed into Plaintiff's House through the joint formed by the egress door well wall and the foundation wall of Plaintiff's House.

12.     Thereafter, as a result of the Incident, Plaintiff retained Franklin Engineering, Inc. and ("FEI") and Defendant retained The Vertex Companies, Inc. ("Vertex").

13.     A copy of FEI's Structural Engineering Assessment Report, dated January 31, 2024, is attached hereto as Exhibit 1 and a copy of Vertex's "Cause and Origin Investigation", dated January 10, 2024, is attached hereto as Exhibit 2.

14.     The FEI's Structural Engineering Assessment Report, dated January 31, 2024, concluded, *inter alia*, the following:

> (i)     The excavation on the Tilghman Property created a trench along the rear property line of the DiSano Property trapping water during rain events causing flooding and damage to the DiSano Property;
>
> (ii)    Soil was piled up on the Tilghman Property adjacent to the excavation increasing the amount of rainwater runoff that was trapped by the trench causing damage to the DiSano Property;

Case ID 240800855

(iii)   No shoring, cribbing and no sloping of the face of the soil was installed and/or utilized on the Tilghman Property allowing the vertical face of the soil on the Tilghman Property to expand outward;

(iv)   Plaintiff's House was damaged, including the foundation walls and siding of Plaintiff's House, by the improper excavation process occurring at the Tilghman Property; and

(v)   The window well walls on the DiSano Property were not properly supported during the excavation occurring on the Tilghman Property causing the well walls to move outward and laterally from the main foundation walls of Plaintiff's House and gaps to open up between the main foundation walls and the well walls that are attached to the foundation walls of Plaintiff's House.

15.    As set forth in Vertex's "Cause and Origin Investigation", after reviewing photographs received by Vertex from Plaintiff, FEI and Tester Construction, Vertex also concluded, *inter alia*, the following:

(i)   The ongoing construction on the Tilghman Property involved excavation immediately beyond the wooden privacy fence between the DiSano Property and the Tilghman Property for a new cast in place concrete retaining wall,

(ii)   The excavation extended approximately three feet (3') below the adjoining grade on the DiSano Property;

(iii)   The excavation extended below what was to be the finish grade of the Tilghman Property;

(iv)   The grade during construction on the Tilghman Property was such that stormwater runoff was directed toward the west side of the DiSano Property;

(v)   The northwest corner of Plaintiff's House was struck by a piece of heavy equipment being used to excavate the retaining wall footings;

(vi)   Neither Tilghman LLC nor Tester Construction installed any shoring or other means to temporarily retain soil and divert stormwater runoff from the Tilghman Property to the DiSano Property during construction of the new retaining wall;

(vii)   Runoff from the Tilghman Property carried clayey silt onto the pavement opposite the DiSano Property and onto the grassy area north of the DiSano Property; and

(viii)   A low concrete wall adjacent to Plaintiff's House was undermined and failed as a result of a lack of shoring during excavation for the footing located on the Tilghman Property

16.    As set forth in Vertex's "Cause and Origin Investigation", Vertex also concluded,

5

*inter alia*, that the ongoing construction being performed by Tester Construction at the Tilghman Property resulted in the following:

    (i)      Failure of the low concrete wall south of Plaintiff's House;

    (ii)     Damage to the lower section vinyl siding and the foundation wall at the northwest corner of Plaintiff's House;

    (iii)    Silt to wash from the Tilghman Property into the grassy area on the DiSano Property and onto the asphalt pavement surrounding Plaintiff's House;

    (iv)    A void forming in the soil near the northwest corner of Plaintiff's House; and

    (v)     Boards in the privacy fence between the DiSano Property and the Tilghman Property to become dislodged.

## TRAVELERS' INSURANCE POLICY

8      During the time period from January 22, 2023 to January 22, 2024, the DiSano Property was insured by Defendant under a Homeowner's Policy (Policy No. 610915192 633 1) (the "Policy")  A copy of the Policy is attached hereto as Exhibit 3.

9.      Under the Policy, Plaintiff had dwelling coverage in the amount of $489,000 as well as the Enhanced Water Package Endorsement with Limited Hidden Water or Steam Seepage or Leakage Coverage with a limit of $10,000.00.

## PLAINTIFF'S CLAIM

10.     After the Incident, Plaintiff then submitted a claim to Defendant

11.     On January 12, 2024, Defendant completed an estimate regarding the loss and damage to the DiSano Property as a result of the incident.  A copy of the estimate completed by Defendant on July 12, 2024 is attached hereto as Exhibit 4.

12.     By correspondence, dated January 16, 2024, Defendant attempted to make a payment to Plaintiff for the losses and damages suffered to the DiSanto Property explaining Defendant's coverage decision ("Defendant's Coverage Decision") as follows

6

> You reported a claim for damages caused to your home when an excavator struck the foundation. We inspected the damages with with [sic] you and our engineer on 12/12/2023. Our research found that tester construction was responsible for the damages caused to the property. Our engineer review [sic] the damages and found that the area can be repaired and that the window well is leaking due to the grading changes caused by the installation of the retaining wall. The sump pump appears to be working correctly as designed and preventing water from entering or seeping though [sic] the foundation wall into the basement of the home.

A copy of the correspondence, dated January 16, 2024, from Defendant to Plaintiff is attached hereto as Exhibit 5.

## COUNT I
## BREACH OF CONTRACT

13      Plaintiff hereby incorporates by reference herein those allegations contained in Paragraphs 1 through 12 above as though fully set forth herein.

14      Under the terms and conditions of the Policy, Defendant is contractually obligated to provide full insurance coverage to Plaintiff for all losses and damages suffered by Plaintiff and the DiSano Property as a result of the Incident

15.      However, as a result of Defendant's Coverage Decision and Defendant's refusal to pay Plaintiff all of the amounts due Plaintiff under the Policy as a result of the Incident, including, but not limited to, the full amount of the property damage suffered by Plaintiff and the DiSano Property as a result of the Incident, Defendant has breached its contractual obligations to Plaintiff under the Policy.

16.      As a result of Defendant's Coverage Decision and Defendant's refusal to pay Plaintiff all of the amounts due Plaintiff under the Policy as a result of the Incident, including, but not limited to, the full amount of the property damage suffered by Plaintiff and the DiSano Property as a result of the Incident, Defendant has also breached its duty to Plaintiff to engage in good faith and deal fairly with Plaintiff.

7

Case ID. 240800855

WHEREFORE, Plaintiff requests judgment against Defendant in an amount in excess of Fifty Thousand Dollars ($50,000.00), together with interest, costs and such other relief this Honorable Court may deem just and proper.

## COUNT II
## VIOLATION OF 42 Pa.C.S.A. §8371

17.     Plaintiff hereby incorporates by reference herein those allegations contained in Paragraphs 1 through 16 above as though fully set forth herein.

18.     42 Pa.C.S.A. §8371 titled "Actions on insurance policies" provides·

> In an action arising under an insurance policy, if the court finds that the insurer has acted in bad faith toward the insured, the court may take all of the following actions·
>
> (1) Award interest on the amount of the claim from the date the claim was made by the insured in an amount equal to the prime rate of interest plus 3%
>
> (2) Award punitive damages against the insurer
>
> (3) Assess court costs and attorney fees against the insurer.

19.     In Donnell ex rel. Mitro v. Allstate Ins. Co., 734 A 2d 901 (Pa. Super. 1999), the Superior Court of Pennsylvania stated "Our Court has adopted the following definition of 'bad faith' as applicable in the context of insurance: 'Bad faith' on part of insurer is any frivolous or unfounded refusal to pay proceeds of a policy; it is not necessary that such refusal be fraudulent. For purposes of an action against an insurer for failure to pay a claim, such conduct imports a dishonest purpose and means a breach of a known duty (i.e , good faith and fair dealing)…" Donnell at 905 citing Romano v. Nationwide Mut. Fire Ins. Co., 646 A.2d 1228, 1232 (Pa. Super. 1994) (quoting Black's Law Dictionary 139 (6th ed. 1990)); Terletsky v. Prudential Property & Casualty Ins. Co., 649 A.2d 680, 688 (1994), appeal denied, 659 A 2d 560 (1995)

8

20.    "It has been noted that the purpose of section 8371 is 'to provide a statutory remedy to an insured when the insurer denied benefits in bad faith.'" <u>Donnell ex rel. Mitro</u> at 905-906 citing <u>General Accident Ins. Co. v. Federal Kemper Ins. Co.</u>, 682 A.2d 819, 822 (1996).

21.    As a result of Defendant's Coverage Decision and Defendant's unfounded refusal to pay Plaintiff all of the amounts due Plaintiff under the Policy as a result of the Incident, including, but not limited to, the full amount of the property damage suffered by Plaintiff and the DiSano Property as a result of the Incident, Defendant has acted in bad faith in violation of 42 Pa.C.S.A. §8371.

WHEREFORE, Plaintiff requests judgment against Defendant in an amount in excess of Fifty Thousand Dollars ($50,000.00), together with interest, costs, punitive damages and attorneys' fees in accordance with 42 Pa.C.S.A. §8371 and such other relief this Honorable Court may deem just and proper.

Respectfully submitted,

Date: August 7, 2024

/s/ James L. Pearl
James L. Pearl, Esquire
Attorney I.D No. 82374
100 S. Broad Street, Suite 2126
Philadelphia, Pennsylvania 19110
(215) 586-4422
Attorney for Plaintiff Tina DiSano

Case ID: 240800855

**VERIFICATION**

I, Tina DiSano, state that the allegations contained in the foregoing Complaint are true and correct to the best of my knowledge, information and belief and I understand that this Verification is made subject to the penalties of 18 Pa.C.S. §4904 relating to unsworn falsification to authorities.

Tina DiSano

# EXHIBIT 1

Case ID. 240800855

**1-31-24**
**STRUCTURAL ENGINEERING ASSESSMENT REPORT**
**FEI PROJECT NO.: 231205**

**CLIENT:**

**TINA DiSANO**
**1722 REAR N. HANNOCK ST.**
**PHILADELPHIA, PA**

**PROPERTY ADDRESS:**
**1722 REAR N. HANNOCK ST.**
**PHILADELPHIA, PA**

**PREPARED BY:**

**FRANKLIN ENGINEERING, INC.**
**PO BOX 2622**
**BALA CYNWYD, PA 19004**
**610.664.6540**

**ENGINEER:**

**JOSEPH S. GRACI, P.E.**

**1/31/2024**

Case ID. 240800855

STRUCTURAL ENGINEERING ASSESSMENT REPORT
1722 REAR, N. HANCOCK ST. PHILA., PA
PROJECT NO. 231205
1/31/2024, 2 OF 22

## 1.1  GENERAL BACKGROUND INFORMATION:

**A.** As per the client's authorization, FEI completed a structural
engineering assessment ("assessment") on 12-05-23, at the above
referenced address. The purpose and scope of the assessment and
this report was/is to assess the work being completed on the
adjacent property, on the above referenced meeting date. The
work/proposed work being completed on the subject property
consisted of the excavation of soil, the installation of
reinforcing bars for the structure(s) that were planned to be
installed and paving work. The sole purpose and scope of the
structural assessment and this report was/were to assess the
structural and site damage that occurred (and/or will occur)
at/to the subject house by the excavation work as discussed and
depicted within this Report.

Representative samples of only the items contained within the
scope of this report that were viewed in areas that were open and
accessible at the time of the assessment. No dismantling or
destructive testing of any kind was performed. The owners of the
subject property and a representative from the insurance company
were present and participated in the assessment. A representative
of the construction company on the adjacent site was present and
discussed the work that was being completed on the subject
adjacent property.

## 1.2 OBSERVATIONS AND PHOTOGRAPHS:

**A.** The following photographs and narratives indicate what was
observed at the site during the subject assessment:



The wood fence and support posts that are located on the
DiSano property were undermined by the work on the
adjacent property. This weakened the fence and posts
ability to support the intended loads.

Note that the excavation created a trench along the rear property

STRUCTURAL ENGINEERING ASSESSMENT REPORT
1722 REAR, N. HANCOCK ST   PHILA., PA
PROJECT NO. 231205
1/31/2024, 3 OF 22

line of the subject property. Note that the excavation created a
trench along the rear property line of the subject property. The
trench trapped water during a recent heavy rain event and caused
flooding and damage of/to the subject property, fence and house.



Soil was piled up adjacent to the subject excavation which
increased the amount of rainwater runoff that was trapped by the
trench and that caused damage to the DiSano property. No signs of
any attempts to protect the adjacent DiSano property were
observed during my time at the site on 12-05-23.



No provisions to protect the fence, support posts, etc. on the
subject property was observed at the time of the site assessment.

Case ID 240800855

STRUCTURAL ENGINEERING ASSESSMENT REPORT
1722 REAR, N. HANCOCK ST. PHILA., PA
PROJECT NO. 231205
1/31/2024, 4 OF 22



See above notes.



Note #1: that the face of the soil on the subject property was
excavated to a 90 degree angle, i.e. a vertical wall was created.
No shoring, cribbing and no sloping of the face of the soil was
observed. This improper excavation method allowed the vertical face
of the soil to expand outward. That caused damage to the subject
building and fence. Shoring/Cribbing should have been utilized to
protect the both of these items. Improper excavation next to a
structure is required by the City of Philadelphia Building Codes.

STRUCTURAL ENGINEERING ASSESSMENT REPORT
1722 REAR, N. HANCOCK ST. PHILA., PA
PROJECT NO. 231205
1/31/2024, 5 OF 22



The foundation walls, siding, etc. of/on the subject building were damaged by the excavation process, i.e. the backhoe making contact with the concrete foundation walls. Additional framing and interior damage likely occurred when the siding was impacted by the excavator. The structural stability of the fence and fence posts were greatly reduced by the lack of proper excavation techniques, the lack of protection of the fence and posts, etc.



Case ID 240800855

STRUCTURAL ENGINEERING ASSESSMENT REPORT
1722 REAR, N. HANCOCK ST. PHILA., PA
PROJECT NO. 231205
1/31/2024, 6 OF 22

Some of the soil held up better than other sections of the 90 degree
face of the edge wall of the excavated trench. Note the face of
several sections of the soil wall fell away from the soil that was
left behind. This indicates that the soil crumbled away because it
was not property protected during the excavation  As a result, the
bottoms of the posts were exposed and lost their structural capacity
to properly support the fence.





See above note.

STRUCTURAL ENGINEERING ASSESSMENT REPORT
1722 REAR, N. HANCOCK ST. PHILA., PA
PROJECT NO. 231205
1/31/2024, 7 OF 22



At some locations, the soil below the fencing itself also fell away to the extent that voids were created below the fence and the posts.



Case ID 240800855

STRUCTURAL ENGINEERING ASSESSMENT REPORT
1722 REAR, N. HANCOCK ST. PHILA., PA
PROJECT NO. 231205
1/31/2024, 8 OF 22

Absolutely no protection of the fence, the supporting soil, the
support fence posts, etc. was provided by the contractor. The
project plans that were submitted to L&I for permits must be
obtained and reviewed to determine if the permits plans were
properly complied with during the course of the work. The review
must also indicate if the construction was completed in
accordance with the applicable sections of the Code.





See above notes.

Case ID 240800855

STRUCTURAL ENGINEERING ASSESSMENT REPORT
1722 REAR, N. HANCOCK ST. PHILA., PA
PROJECT NO. 231205
1/31/2024, 9 OF 22



The exact location of the property line must be established. If the location of the property line allows, the new wood wall should enclose the building within the new fence line.



The window well walls were not properly supported during the excavation on the adjacent subject lot. That caused the well walls to move outward and laterally from the main foundation walls of the subject house. Gaps were opened up between the house's main foundation walls and the well walls that were attached to the House's foundation walls. The three well walls must be removed and replaced and/or additional anchorage must be installed.

STRUCTURAL ENGINEERING ASSESSMENT REPORT
1722 REAR, N. HANCOCK ST. PHILA., PA
PROJECT NO. 231205
1/31/2024, 10 OF 22





STRUCTURAL ENGINEERING ASSESSMENT REPORT
1722 REAR, N. HANCOCK ST. PHILA., PA
PROJECT NO  231205
1/31/2024, 11 OF 22





Note that the recently exposed surface of the house's foundation
wall was not painted. That is confirmation that the well walls
recently moved.

STRUCTURAL ENGINEERING ASSESSMENT REPORT
1722 REAR, N. HANCOCK ST. PHILA., PA
PROJECT NO. 231205
1/31/2024, 12 OF 22



The well walls have moved away from the main house foundation
walls. This was caused by the subsidence of the soil along the
subject excavation. The metal ties were also pulled loose. The
walls and floor of the window well must be removed and properly
replaced. Proper replacement includes proper attachment to the
house's foundation walls. The railing and rear access steps must
also be removed and replaced as required.



The edges of the concrete indicate that this was caused by very
recent movement, i.e. sharp edges, small pieces still clinging to
the edges of the crack, no debris in the crack, etc.

STRUCTURAL ENGINEERING ASSESSMENT REPORT
1722 REAR, N. HANCOCK ST. PHILA., PA
PROJECT NO. 231205
1/31/2024, 13 OF 22





STRUCTURAL ENGINEERING ASSESSMENT REPORT
1722 REAR, N. HANCOCK ST. PHILA., PA
PROJECT NO. 231205
1/31/2024, 14 OF 22

 



Case ID 240800855

STRUCTURAL ENGINEERING ASSESSMENT REPORT
1722 REAR, N. HANCOCK ST. PHILA., PA
PROJECT NO. 231205
1/31/2024, 15 OF 22



Soil will continue to erode away onto the rear yard slab from the unpaved space between the neighboring wall and the subject property's wood fence. That's why the existing wood fence has to be removed, the soil area between the new wall and the existing fence must be paved with properly sloped paving and a new fence/wall installed on the subject property.



All of the soil and debris must be removed when the new fence is installed as described above.

Case ID: 240800855

STRUCTURAL ENGINEERING ASSESSMENT REPORT
1722 REAR, N. HANCOCK ST. PHILA., PA
PROJECT NO. 231205
1/31/2024, 16 OF 22



A totally new fence is required, i.e. the full length of the existing wood fence.



Case ID. 240800855

STRUCTURAL ENGINEERING ASSESSMENT REPORT
1722 REAR, N. HANCOCK ST. PHILA., PA
PROJECT NO. 231205
1/31/2024, 17 OF 22





STRUCTURAL ENGINEERING ASSESSMENT REPORT
1722 REAR, N. HANCOCK ST. PHILA., PA
PROJECT NO. 231205
1/31/2024, 18 OF 22



This will continue to get worse
with time until the paving and new
wood fence, as described above, is
properly installed.



STRUCTURAL ENGINEERING ASSESSMENT REPORT
1722 REAR, N. HANCOCK ST. PHILA., PA
PROJECT NO. 231205
1/31/2024, 19 OF 22





STRUCTURAL ENGINEERING ASSESSMENT REPORT
1722 REAR, N. HANCOCK ST. PHILA., PA
PROJECT NO. 231205
1/31/2024, 20 OF 22





STRUCTURAL ENGINEERING ASSESSMENT REPORT
1722 REAR, N. HANCOCK ST. PHILA., PA
PROJECT NO. 231205
1/31/2024, 21 OF 22

## 1.3 PROFESSIONAL OPINION(S) (To within a reasonable degree of engineering certainty):

**A.** It is our professional opinion to within a reasonable degree of engineering certainty that the above referenced photographs and discussions within this Report are a true and accurate assessment of what we observed at the subject site.

**B.** The remediation work, repairs and the new installations must be installed as indicated and depicted above. The insurance company should review this report and adjust their cost estimate of the required remediation work as required.

**C.** The cost to complete the work that is required to remediate the structural, fencing, paving and drainage damage is as *follows*:

    a. The estimate to remove the existing fence and posts, is approximately $ 6,000.00 or more including but not limited to labor, dump fees, transportation, equipment, etc. or more.

    b. The estimate to excavate the soil between the wood fence and the new adjacent wall, install geotextile fabric, install a crushed stone base and install a new concrete/bituminous slab/paving is $ 20,000.00 or more.

    c. The estimate to install a new fence is $ 30,000.00.

    d. The cost to remove and install the existing window well concrete walls, install new replacement walls, re-connect the piping and electrical systems, transportation and dump fees and to remediate the paving/soil around the new concrete window well is estimated to be $25,000.00. A repair method may be considered as long as the method includes installing screw piles to stabilize the concrete well walls.

    e. Site cleaning after completion of the work is estimated to be $ 1,500.00.

    f. In addition, at least $ $8,000.00 should be set aside for unknown conditions, etc. as a contingency for this project.

    g. This assessment was of a visual nature only. No warranty of any type is made for any other items that are not included within the scope of the assessment and this report such as but not limited to, any of the mechanical, electrical systems, appliances, toxic materials, etc. and/or other equipment or structures within or on the building or grounds.

STRUCTURAL ENGINEERING ASSESSMENT REPORT
1722 REAR, N. HANCOCK ST. PHILA., PA
PROJECT NO. 231205
1/31/2024, 22 OF 22

This report is based solely upon observations of the
apparent condition of the subject house at the time of the
assessment.

This assessment was not a total home inspection. It is not
intended to be, nor is it construed to be as a warranty,
guarantee, any form of insurance or an opinion as to the
sale or purchase of the house.

This report was prepared for this client only and as such is
to be considered as an FEI work product that cannot be
utilized by anyone else without express written permission
of Franklin Engineering, Inc. Anyone using this report
without FEI's written permission does so at their own risk
and agrees (by their use of this report) to relieve Franklin
Engineering, Inc. their officers, employees, etc. of any and
all liability.

The completion of this Report concludes all services for
this project for the fee paid to FEI. If additional services
are required/requested by the client, FEI can provide a
proposal(s) for the additional services upon request.

Please review the above and contact us if you require additional
services.

**Sincerely yours,**



1/31/2024
*Joseph S. Graci*
**Joseph S. Graci, P.E.**
(This digital Seal is affixed for emailing purposes. An original Seal will be
affixed to all hard copies produced by FEI )

Case ID: 240800855

# EXHIBIT 2






**Tina DiSano Property**
1722 North Hancock St, Philadelphia, PA
19113

## Cause and Origin Investigation

**JANUARY 10, 2024**

**PREPARED FOR:**

Mr. Tony W. McBride
Travelers
105 Berkshire Boulevard
Wyomissing PA 19610
TmcBride@travelers.com

Client Claim: I4D6625

**PREPARED BY:**

The Vertex Companies, Inc.
2501 Seaport Drive, Suite BH 110
Chester, PA 19013
**PHONE:** 610.558.8902

_____
Thomas E. Dunn
Senior Forensic Consultant

_____
Kurt Jensen AIA
Senior Forensic Architect

Case ID: 240800855

**Cause and Origin, Damage from Construction Activities on Adjoining Property**
**Travelers Claim No. I4D6625**
**Tina DiSano Property, 1722 North Hancock Street, Philadelphia, PA 19133**

**TABLE OF CONTENTS**

1.0    ASSIGNMENT.............. ..............  ....................... ...................................................... 1

2.0    PROPERTY DESCRIPTION ......... ................... ................................................... 1

3.0    EVENT SUMMARY ......................................................................................................2

4.0    METEOROLOGICAL DATA ...... ......  .................... ............ ................... ..................... ..4

5.0    OBSERVATIONS ...................................................................................................4

6.0    CONCLUSIONS ............ ......................... ............................ ........... ..........................5

7 0    GENERAL REPAIR PROTOCOL........ ................................... .................................. ...... 6

8.0    CLOSING ....... ...... ........ ...... ......  ..... ....... ..... ............  ...... ............ . ............. .......7

**ATTACHMENTS**

A.    SITE LOCATION MAP

B.    PHOTOS BY VERTEX, PROPERTY DESCRIPTION

C.    PHOTOS BY INSURED AND BY INSURED'S ENGINEER

D.    METEOROLOGICAL DATA

E.    VERTEX OSERVATION PHOTOS OF REPORTED DAMAGES



Case ID. 240800855

**Cause and Origin, Damage from Construction Activities on Adjoining Property,**
**Travelers Claim No. I4D6625**
**Tina DiSano Property, 1722 North Hancock Street, Philadelphia, PA 19133**
Page 1

## 1.0    ASSIGNMENT

As requested by Travelers Indemnity Company, (Travelers), The Vertex Companies, LLC (Vertex) visited the residence of Ms. Tina DiSano (Insured) to evaluate the cause of reported damages to the northwest corner of her property and to a concrete wall surrounding a below grade exit door. Mr. Thomas Dunn, PE, CME, (New Jersey) inspected the property on 12 December 2023 and prepared this report. Mr. Kurt Jensen AIA reviewed the findings. The inspection included photographs, measurements, and observations. Mr. McBride, a resident of the DiSano property, and two representatives from Tester Construction, the company managing the development of the adjoining site were present during our investigation.

## 2.0    PROPERTY DESCRIPTION

The DiSano property was located at 1722 North Hancock Street in Philadelphia, PA.  Refer to **Attachment A.**  Note that it is located in an alley behind North Hancock Street and does not front on North Hancock Street. Also note that the northwest corner of the DiSano property adjoins a cleared construction site to the west. According to imagery from Google Earth, the DiSano building was constructed in 2018 on a site previously used for commercial and industrial purposes.

Refer to **Attachment B.** The DiSano property is a 3-story framed building clad with brick, vinyl siding and metal. The northwest corner at the ground level is clad with vinyl siding. The building was constructed on a cast in place concrete foundation and has a full basement. There were three (3) entrances to the building  The main, or front entrance was on the south side of the building and featured a masonry stair and metal railing.  The side entrance was on the west side of the building and had a metal stair, platform and railing.  The rear entrance was on the north side of the building. This entrance also had a metal stair, platform and railing. The building also had means of emergency egress from the basement. The egress was located next to the side entrance. An exterior door on the west side of the building opened into a below grade "well"



**Cause and Origin, Damage from Construction Activities on Adjoining Property,
Travelers Claim No. I4D6625
Tina DiSano Property, 1722 North Hancock Street, Philadelphia, PA 19133**
Page 2

formed by cast in place concrete walls. A drain at the bottom of the well reportedly was piped to a sump bit in the DiSano basement.

With the exception of a small grassy area in the north side of the building, the site surrounding the DiSano property was paved with hot mix asphalt. A wooden privacy wall separated the DiSano site from the active construction site to the west.

### 3.0    EVENT SUMMARY

The Insured reported that shortly prior to 1 December 2023 a loud noise was heard on the northwest corner of her building. Upon inspection, she noticed chipped concrete and broken pieces of vinyl siding and trim. She further reported that on 1 December 2023, she noticed water running through the joint formed by the egress door well wall and the foundation wall, and that her sump pump was running for longer periods of time than it had previously. As discussed further in this report, the noise and reported damage was caused by the corner of her building being struck by a piece of construction equipment being used on the adjoining construction site.

The Insured reported the matter to Travelers. She also retained an engineering consultant to investigate the cause and extent of the damage. Franklin Engineering Incorporated, (FEI) of Bala Cynwyd, PA visited the site on 5 December 2023 and prepared a 22-page report consisting of photos of the conditions of the ongoing construction to the west of the DiSano property as well as the reported damage to the northwest corner of the building. The FEI report included photos only; it did not include a narrative, a written description of the damage or a cause of the reported damage.

On about 20 December 2023 the Insured reported a second event of water leaking through the joint in the egress door well. She provided several sets of photos and videos of her observations between 1 and 20 December 2023.



Case ID: 240800855

**Cause and Origin, Damage from Construction Activities on Adjoining Property,**
**Travelers Claim No. l4D6625**
**Tina DiSano Property, 1722 North Hancock Street, Philadelphia, PA 19133**
Page 3

The development of the site west of the DiSano property involved the construction of a 5-story residential building. The construction was being managed by Tester Construction. Representatives of Tester also provided photos of the reported damage to the DiSano property.

Vertex concludes the following from a review of the photos from the Insured, FEI and Tester:

1. The ongoing construction on the lot west of the DiSano property involved excavation immediately beyond the wooden privacy fence for a new cast in place concrete retaining wall. The retaining wall was constructed on a concrete footing.

2. The excavation extended approximately 3' below the adjoining grade on the DiSano property. The excavation did not extend below the basement floor of the DiSano building.

3. The excavation extended below what was to be the finish grade of the adjoining construction site.

4. The grade during construction on the adjoining site was such that stormwater runoff was directed toward the west side of the DiSano property.

5. The northwest corner of the DiSano building was within a few inches of the property line and was struck by a piece of heavy equipment being used to excavate for the retaining wall footings. FEI photos show broken vinyl siding and trim and the loss of concrete on the corner of the foundation wall.

6. No shoring or other means to temporarily retain soil and divert stormwater runoff were in place during construction of the new retaining wall.

7. Runoff from the construction site carried small amounts of clayey silt onto the pavement opposite the DiSano building and onto the grassy area north of the DiSano building.

8. Differing soil conditions, typical for urban environments, were encountered during excavation of the retaining wall footings.

9. A low concrete wall adjacent to a building south of the DiSano building was undermined and failed as a result of a lack of shoring during excavation for the footing.



Case ID. 240800855

Cause and Origin, Damage from Construction Activities on Adjoining Property,
Travelers Claim No. I4D6625
Tina DiSano Property, 1722 North Hancock Street, Philadelphia, PA 19133

Page 4

**4.0    METEOROLOGICAL DATA**

Refer to **Attachment D.** NOAA data recorded at the Weather Station at The Philadelphia Airport demonstrated that heavy rainfall preceded reports from the Insured of water leaking through the joint in the egress door exit well.

**5.0    OBSERVATIONS**

Refer to **Attachment E**. Vertex inspected the exterior and interior of the Insureds' property on 12 December 2023. Vertex requested permission from Tester representatives to enter their site to view the conditions from their side of the property line. The representatives denied access due to safety concerns.  Vertex observed the following conditions from the Insureds' side:

**Site and Exterior**

1. A low concrete wall south of the DiSano was cracked and beginning to fail, (Photo 41). This correlates to Photos 38 and 39 taken by the Insured after the Vertex inspection.

2. A section of the wooden privacy fence opposite the platform of the west entry was dislodged. See Photo 42.

3. A cavity had formed in the soil behind the wall for the egress well near the northwest corner of the building. See Photos 43 and 44.

4. The joint formed by the egress wall to the foundation wall was not sealed. The cast in place concrete egress well wall was not monolithic with the foundation wall. Rather, the egress wall was poured after the foundation wall. See Photos 45 and 46.

5. Clayey silt had washed from the adjoining site onto the grassy area north of the DiSano building and onto the asphalt pavement surrounding the building. See Photos 50 through 54.

6. Vertex measured the grade of the asphalt next to the west side of the DiSano residence and found it sloped in a southerly direction away from the west entrance and the egress well.



Case ID 240800855

**Cause and Origin, Damage from Construction Activities on Adjoining Property,**
**Travelers Claim No. I4D6625**
**Tina DiSano Property, 1722 North Hancock Street, Philadelphia, PA 19133**
Page 5

7. Vertex observed no instances where the asphalt pavement had visually failed, settled or sunk. Nor were there any instances where sink holes were forming under the asphalt.

**Interior**

There was a small crack in the drywall above a 1st Floor westerly facing window. See Photo 49.

## 6.0   CONCLUSIONS

Based on our investigation, it is the opinion of Vertex that the ongoing construction on the site west of the Insureds' property resulted in the following:

1. Failure of the low concrete wall south of the Insureds building.
2. Damage to the lower section vinyl siding and the foundation wall at the northwest corner of the Insureds' building.
3. Silt to wash from the adjoining site into the grassy area owned by the Insured and onto asphalt pavement surrounding the Insureds' building.
4. A void to form in the soil near the northwest corner of the Insured's building.
5. Boards in the privacy fence to become dislodged.

It is unknown if the construction on the adjacent property included pile driving operations as part of the foundation construction.  If pile driving operations were performed, there could potentially be an impact to 1722 North Hancock Street

The Vertex inspection was visual only and was limited to what could be seen and measured on the Insureds' side of the property line only. Site Plans describing the grading and stormwater management for neither the Insureds' property nor were Site Plans for the adjoining construction site provided for Vertex review.  Likewise, soil borings or reports describing subsurface for neither site were made available.

The Insured asserted that water leaking through the joint in the egress well and excessive running of her sump pump, was the result of the ongoing construction on the adjoining site.



**Cause and Origin, Damage from Construction Activities on Adjoining Property,**
**Travelers Claim No. I4D6625**
**Tina DiSano Property, 1722 North Hancock Street, Philadelphia, PA 19133**
Page 6

This was based on her observations that this had not occurred prior the excavation for the retaining wall. Vertex finds that the leak is not likely the result of surface runoff accumulating at the top of the wall, however the FEI photos suggest differing soil conditions opposite the well at the property line. It is possible that pockets of granular fill were placed during construction activities that occurred many years ago. If so, the granular fill could provide a path for ground water to flow beneath the asphalt surface and reach the Insureds egress well. This, however, could not be determined conclusively without review and analysis of soil borings.

### 7.0    GENERAL REPAIR PROTOCOL

Irrespective of insurance coverage, Vertex offers the following general repair recommendations to address observed damages. All work should be performed in accordance with building codes adopted by the governing jurisdiction.

One feasible repair is as follows:

1. Remove the privacy fence opposite the northwest corner of the Insured's building and:
    a. Excavate the soil on either side of the foundation wall
    b. Repair the chipped foundation wall with epoxy primer and high strength concrete.
    c. Backfill and compact the soil against the foundation wall with select fill.
    d. Remove and replace the broken pieces of vinyl trim.
2. Re-install the privacy fence and re-fasten the dislodged boards.
3. Remove the clayey silt and clean the asphalt and the grassy surfaces adjacent to the Insureds' building.
4. Patch and paint the cracked drywall above the Insureds' 1st Floor window
5. Seal both joints between the window well wall and foundation wall by injecting the entire length of the joint with hydrophobic foam grout, (SikaFix HH or equal).



Case ID 240800855

**Cause and Origin, Damage from Construction Activities on Adjoining Property,
Travelers Claim No. I4D6625
Tina DiSano Property, 1722 North Hancock Street, Philadelphia, PA 19133**
Page 7

As stated above, the construction on the adjoining site is ongoing. Stormwater management of runoff from the roof and the site is incomplete. Without knowledge of details typically included in Site Plans, the direction and storage of runoff is unknown to Vertex. Site Plans typically provide means to divert runoff away from adjoining properties or otherwise prevent flooding issues to the site being developed as well as to adjoining properties. Site Plans also typically are accompanied by geotechnical investigations of sub-surface soil conditions.

Accordingly, Vertex suggests that the Site Plans be obtained and analyzed to confirm that surface and ground water conditions will not cause or contribute to leaks into the Insureds' egress well.

Although not necessarily the responsibility of the Insured, it is suggested that Tester Construction be tasked to reconstruct the wall south of the Insureds' building.

**8.0    CLOSING**

A visual inspection of the DiSano property was performed and reviewed as part of our investigation. No destructive testing or subsurface investigation was performed. Compliance with applicable stormwater management regulations or local building codes was not conducted. All repairs and construction should conform to the currently applicable Building Codes and Regulations. The repairs, including any temporary shoring that may be needed, should be specified, designed and installed by properly licensed professionals familiar with that type of construction.

This report was prepared for the exclusive use of Travelers and is not intended for any other purpose. Vertex has not reviewed the applicable insurance policy, if any, for the purpose of forming an opinion as to coverage and is not offering a coverage opinion. Our report was based on observed site conditions and the information available at the time of our inspection. We reserve the right to amend this report and our conclusions if new information becomes available and revisions are necessary and warranted. Not all photographs taken by or provided to Vertex



Case ID 240800855

**Cause and Origin, Damage from Construction Activities on Adjoining Property,**
**Travelers Claim No. I4D6625**
**Tina DiSano Property, 1722 North Hancock Street, Philadelphia, PA 19133**
Page 8

were included with this report. Additional photographs taken by Vertex are available upon request.

If you have questions or comments, please contact Mr. Dunn at (888) 298-5162.  We appreciate this opportunity to assist Travelers and the policy holder.



# ATTACHMENT A:

## SITE LOCATION MAP

1

**1722 North Hancock St, Philadelphia, PA**

N
W — E
S

Grocery Outlet
Expo Marketing
Towey Playground
N American St
N 2nd St
Frankford St
N Hancock St
Wilt St
Mutter St
Wilt St
The Luxe at 1705 N. American St
N Philip St
Rocky's Auto Re
N Mascher St
Waterloo St
Front & Palm
N Howard St
Stateside Vodka
ents phia
Pasha's Halal Food
BAMN Fitness
N 2nd St
Turner St
Last Coast Tropical
N Mascher St
y
W Oxford St
W Oxford St

Travelers Claim I4D6625 (Vertex 93142)
Inspection Date: 12 December 2023
Tina DiSano Residence
1722 North Hancock Street
Philadelphia, PA 19133



## ATTACHMENT A:

2

### AERIAL VIEW



Tina DiSano Residence



Travelers Claim I4D6625 (Vertex 93142)
Inspection Date· 12 December 2023
Tina DiSano Residence
1722 North Hancock Street
Philadelphia, PA 19133



**ATTACHMENT A:**

3

**BIRDS' EYE AERIAL VIEW**



Tina DiSano Property



Travelers Claim I4D6625 (Vertex 93142)
Inspection Date:  12 December 2023
Tina DiSano Residence
1722 North Hancock Street
Philadelphia, PA 19133



## ATTACHMENT B:

4

### PHOTOS BY VERTEX, PROPERTY DESCRIPTION

**Photograph: 1**

**Description:**

View of North Side of Residence.



**Photograph: 2**

**Description:**

View of South Side of Residence.



Travelers Claim I4D6625 (Vertex 93142)
Inspection Date: 12 December 2023
Tina DiSano Residence
1722 North Hancock Street
Philadelphia, PA 19133



## ATTACHMENT B:

5

### PHOTOS BY VERTEX, PROPERTY DESCRIPTION

**Photograph: 3**

**Description:**

View of South Side of Residence, and Main Entry.



**Photograph: 4**

**Description:**

View of West Side of Residence, and Side Entry. The Emergency Egress is Below and to the Left of this Entry. Note Blue Planter on Platform Behind car.



Travelers Claim I4D6625 (Vertex 93142)
Inspection Date   12 December 2023
Tina DiSano Residence
1722 North Hancock Street
Philadelphia, PA 19133



D. 240800855

# ATTACHMENT B:

6

## PHOTOS BY VERTEX, PROPRTY DESCRIPTION

**Photograph: 5**

**Description:**

View of Platform and Stair Leading to Side Entrance.
The Well for the Emergency Egress from the Basement is Beyond the Blue Planter



**Photograph: 6**

**Description:**

View of West Side of Residence Facing the Side Entrance.



Travelers Claim I4D6625 (Vertex 93142)
Inspection Date: 12 December 2023
Tina DiSano Residence
1722 North Hancock Street
Philadelphia, PA 19133



## ATTACHMENT B:

7

### PHOTOS BY VERTEX, PROPERTY DESCRIPTION

**Photograph: 7**

**Description:**

Looking Down from the Platform into the Well Forming the Emergency Egress from the Basement.



**Photograph: 8**

**Description:**

Another view of the Platform to the Side Entry and the Well Forming the Emergency Egress from the Basement



Travelers Claim I4D6625 (Vertex 93142)
Inspection Date   12 December 2023
Tina DiSano Residence
1722 North Hancock Street
Philadelphia, PA 19133



## ATTACHMENT B:

8

### PHOTOS BY VERTEX, PROPERTY DESCRIPTION

**Photograph: 9**

**Description:**

Another view of the West and South Sides of the Residence.

Note the main and Secondary Entrances.



**Photograph: 10**

**Description:**

View of Northwest corner of DiSanto property, beyond door well.




VERTEX D. 240800855

## ATTACHMENT C:

## PHOTOS FROM INSURED

**Photograph: 13**

**Description:**

View of Water Seeping Through Connection of Egress Pit Wall to Residence Wall.

Photo Clip Taken from Video of 3 December 2023 Provided by the Insured



**Photograph: 14**

**Description:**

Another of Water Seeping Through Connection of Egress Well Wall to Residence Wall.

Photo Clip Taken from Video 3 December 2023 Provided by Insured.



Travelers Claim I4D6625 (Vertex 93142)
Inspection Date   12 December 2023
Tina DiSano Residence
1722 North Hancock Street
Philadelphia, PA 19133



## ATTACHMENT C:

11

## PHOTOS FROM INSURED

**Photograph: 15**

*Description:*

View of Another of Water Seeping Through Connection of Egress Pit Wall to Residence Wall

Photo Clip Taken from Video 3 December 2023 Provided by Insured



**Photograph: 16**

*Description:*

View of Chipped Concrete and Broken Siding Trim at Northwest Corner of Residence, as viewed from North side of DiSano residence. (Opposite Photo 10.)

*Undated Photo Provided by Tester Construction.*



Travelers Claim I4D6625 (Vertex 93142)
Inspection Date: 12 December 2023
Tina DiSano Residence
1722 North Hancock Street
Philadelphia, PA 19133



## ATTACHMENT C:

## PHOTOS FROM INSURED

**Photograph: 17**

**Description:**

View of Reported Damage to Northwest Corner of Residence.

Undated Photo Provided by Tester Construction.



**Photograph: 18**

**Description:**

View of Northwest Corner of Residence. Taken During Excavation for Footings of Retaining Wall.

Photo Taken from Photo Report Prepared by Franklin Engineering.

Photo Reported to be Taken on 5 December 23

ENGINEERING ASSESSMENT PHOTOGRAPHS
1722 (R) N. HANCOCK ST. PHILA., PA
PROJECT NO. 231205
5/12/24, 2 OF 22

1.1  PHOTOGRAPHS OF ADJACENT CONSTRUCTION SITE TAKEN ON 12-5-23·



Travelers Claim I4D6625 (Vertex 93142)
Inspection Date: 12 December 2023
Tina DiSano Residence
1722 North Hancock Street
Philadelphia, PA 19133



VERTEX CaseID: 240800855

## ATTACHMENT C:

13

### PHOTOS FROM INSURED

| | |
|---|---|
| **Photograph: 19**<br><br>**Description:**<br><br>View of Northwest Corner of Residence Taken During Excavation for Footings of Retaining Wall.<br><br>Photo Taken from Photo Report Prepared by Franklin Engineering<br><br>Photo Reported to be Taken on 5 December 23. |  |
| **Photograph: 20**<br><br>**Description:**<br><br>View of Northwest Corner of Residence Taken During Excavation for Footings of Retaining Wall. Red Arrow Points to Differing Soil Conditions.<br><br>Photo Taken from Photo Report Prepared by Franklin Engineering.<br><br>Photo Reported to be Taken on 5 December 23. |  |

Travelers Claim I4D6625 (Vertex 93142)
Inspection Date: 12 December 2023
Tina DiSano Residence
1722 North Hancock Street
Philadelphia, PA 19133



## ATTACHMENT C:

## PHOTOS FROM INSURED

| | |
|---|---|
| **Photograph: 21**<br><br>**Description:**<br><br>View of Northwest Corner of Residence Taken During Excavation for Footings of Retaining Wall.<br><br>Photo Taken from Photo Report Prepared by Franklin Engineering<br><br>Photo Reported to be Taken on 5 December 23 |  |
| **Photograph: 22**<br><br>**Description:**<br>View of Northwest Corner of Residence Taken During Excavation for Footings of Retaining Wall. Red Arrow Points to Chipped Concrete.<br><br>Photo Taken from Photo Report Prepared by Franklin Engineering<br><br>Photo Reported to be Taken on 5 December 23. |  |

Travelers Claim I4D6625 (Vertex 93142)
Inspection Date:  12 December 2023
Tina DiSano Residence
1722 North Hancock Street
Philadelphia, PA 19133



## ATTACHMENT C:

### PHOTOS FROM INSURED

**Photograph: 23**

**Description:**

View of Northwest Corner of Residence Taken During Excavation for Footings of Retaining Wall.

Photo Taken from Photo Report Prepared by Franklin Engineering.

Photo Reported to be Taken on 5 December 23



ENGINEERING ASSESSMENT PHOTOGRAPHS
1722 (R) N. HANNOCK ST. PHILA., PA
PROJECT NO. 231205
5/12/23, 14 OF 22

**Photograph: 24**

**Description:**

View of Northwest Corner of Residence Taken During Excavation for Footings of Retaining Wall.

Photo Taken from Photo Report Prepared by Franklin Engineering.

Photo Reported to be Taken on 5 December 23.



ENGINEERING ASSESSMENT PHOTOGRAPHS
1722 (R) N. HANNOCK ST. PHILA., PA
PROJECT NO. 231205
5/12/23, 19 OF 22

Travelers Claim l4D6625 (Vertex 93142)
Inspection Date:  12 December 2023
Tina DiSano Residence
1722 North Hancock Street
Philadelphia, PA 19133


VERTEX ID 240800855

## ATTACHMENT C:

### PHOTOS FROM INSURED

**Photograph: 25**

**Description:**

View of Footing for Retaining Wall Being Prepared.

Photo Provided by the Insured and Taken on 5 December 2023 at North Side of Residence.



**Photograph: 26**
**Description:**

View of Footing for Retaining Wall Being Prepared

Photo Provided by the Insured and Taken on 5 December 2023 Opposite Drive at South Side of Residence



Travelers Claim I4D6625 (Vertex 93142)
Inspection Date:  12 December 2023
Tina DiSano Residence
1722 North Hancock Street
Philadelphia, PA 19133


VERTEX ID 240800855

## ATTACHMENT C:

17

## PHOTOS FROM INSURED

**Photograph: 27**

**Description:**

View of Footings Being prepared for Concrete Pour.

*Red Arrow* Points to Basement Egress Well

Photo Taken 5 December 2023.



**Photograph: 28**

**Description:**

View of Footings after Concrete Pour

Photo Taken on North Side of Residence

Photo Taken by Insured on 5 December 2023.



*Travelers Claim* I4D6625 (Vertex 93142)
Inspection Date   12 December 2023
Tina DiSano Residence
1722 North Hancock Street
Philadelphia, PA 19133


VERTEX ID. 240800855

## ATTACHMENT C:

## PHOTOS FROM INSURED

**Photograph: 29**

**Description:**

View of Footings after Concrete Pour.

Photo Taken 5 December 2023



**Photograph: 30**

**Description:**

View of Reinforcing for Wall Being Installed

Photo taken 7 December 2023.



Travelers Claim I4D6625 (Vertex 93142)
Inspection Date    12 December 2023
Tina DiSano Residence
1722 North Hancock Street
Philadelphia, PA 19133



## ATTACHMENT C:

19

### PHOTOS FROM INSURED

| | |
|---|---|
| **Photograph: 31**<br><br>**Description:**<br><br>View of Formwork Being put in Place.<br><br>Photo Taken by Insured on 7 December 2023. |  |

| | |
|---|---|
| **Photograph: 32**<br><br>**Description:**<br><br>View of Formwork Being put in Place.<br><br>Red Arrow Points to Chipped Concrete at Northwest Corner of DiSanto Property.<br><br>Photo Taken by Insured on 7 December 2023 |  |



## ATTACHMENT C:

20

## PHOTOS FROM INSURED

**Photograph: 33**

**Description:**

View of Northwest corner of DiSanto Property. Photo Taken by Insured on 16 December 2023 after Wall was Poured and Forms Stripped

Red Arrow Points to Chipped Concrete.



**Photograph: 34**

**Description:**

Close Up View of Photo 34.



Travelers Claim I4D6625 (Vertex 93142)
Inspection Date: 12 December 2023
Tina DiSano Residence
1722 North Hancock Street
Philadelphia, PA 19133


VERTEX ID: 240800855

## ATTACHMENT C:

21

## PHOTOS FROM INSURED

**Photograph: 35**

**Description:**

View of Water Leaking through Joint in Door Well. Photo Taken by Insured on 18 December 2023.



**Photograph: 36**

**Description:**

Close Up View of Photo 35.




VERTEX D. 240800855

## ATTACHMENT C:

22

### PHOTOS FROM INSURED

**Photograph: 37**

**Description:**

View of Northwest Corner of Building after Formwork for New Wall Was Stripped. Photo Taken by Insured on 17 December 23.



**Photograph: 38**

**Description:**

View of Broken and Settled Low Wall

Photo Taken by Insured on 19 December 2023



Travelers Claim I4D6625 (Vertex 93142)
Inspection Date:  12 December 2023
Tina DiSano Residence
1722 North Hancock Street
Philadelphia, PA 19133



## ATTACHMENT C:

23

### PHOTOS FROM INSURED

**Photograph: 39**

**Description:**

View of Corner of Lot South of Residence.

Photo Taken by Insured on 7 December 2023.

Note That the Low Wall is Failing But Is Still in Place



**Photograph: 40 Description:**

View of Excavation Opposite Low Wall. Photo Taken from Photo Report by Engineering Assessment.



ENGINEERING ASSESSMENT PHOTOGRAPHS
1722 (R) N. HANCOCK ST. PHILA., PA
PROJECT NO. 231205
5/12/23, 14 OF 22

Travelers Claim I4D6625 (Vertex 93142)
Inspection Date:  12 December 2023
Tina DiSano Residence
1722 North Hancock Street
Philadelphia, PA 19133



# ATTACHMENT D

24

## METEOROLOGICAL DATA

### NOWData - NOAA Online Weather Data

Enlarge results   Print

**Climatological Data for Philadelphia Area, PA (ThreadEx) - December 2023**

Click column heading to sort ascending, click again to sort descending

| Date | Temperature | | | | HDD | CDD | Precipitation | New Snow | Snow Depth |
|------|---------|---------|---------|-----------|-----|-----|---------------|----------|------------|
|      | Maximum | Minimum | Average | Departure |     |     |               |          |            |
| 2023-12-01 | 49 | 35 | 42 0 | -0 5 | 23 | 0 | 0 42 | 0 0 | 0 |
| 2023-12-02 | 53 | 45 | 49 0 | 6 8 | 16 | 0 | T | 0 0 | 0 |
| 2023-12-03 | 53 | 46 | 49 5 | 7.6 | 15 | 0 | 0 69 | 0.0 | 0 |
| 2023-12-04 | 52 | 38 | 45 0 | 3 4 | 20 | 0 | 0 00 | 0 0 | 0 |
| 2023-12-05 | 46 | 35 | 40 5 | -0 8 | 24 | 0 | 0 00 | 0 0 | 0 |
| 2023-12-06 | 42 | 34 | 38 0 | -3 1 | 27 | 0 | T | T | 0 |
| 2023-12-07 | 42 | 30 | 36 0 | -4 8 | 29 | 0 | 0 01 | T | 0 |
| 2023-12-08 | 53 | 32 | 42 5 | 2 0 | 22 | 0 | 0 00 | 0 0 | 0 |
| 2023-12-09 | 53 | 35 | 44 0 | 3 8 | 21 | 0 | 0 00 | 0.0 | 0 |
| 2023-12-10 | 63 | 46 | 54.5 | 14 5 | 10 | 0 | 1 66 | 0 0 | 0 |
| 2023-12-11 | 48 | 37 | 42 5 | 2.8 | 22 | 0 | 0.42 | T | 0 |
| 2023-12-12 | 46 | 31 | 38 5 | -1 0 | 26 | 0 | 0.00 | 0 0 | 0 |
| 2023-12-13 | 47 | 32 | 39 5 | 0 3 | 25 | 0 | 0.00 | 0 0 | 0 |
| 2023-12-14 | 44 | 29 | 36 5 | -2 5 | 28 | 0 | 0 00 | 0 0 | 0 |
| 2023-12-15 | 57 | 32 | 44 5 | 5 8 | 20 | 0 | 0 00 | 0.0 | 0 |
| 2023-12-16 | 58 | 34 | 46 0 | 7 5 | 19 | 0 | 0 00 | 0.0 | 0 |
| 2023-12-17 | 60 | 42 | 51 0 | 12 8 | 14 | 0 | 0 83 | 0 0 | 0 |
| 2023-12-18 | 62 | 41 | 51 5 | 13 5 | 13 | 0 | 2.19 | 0.0 | 0 |
| 2023-12-19 | 42 | 30 | 36 0 | -1 7 | 29 | 0 | 0 00 | 0 0 | 0 |
| 2023-12-20 | 46 | 29 | 37 5 | 0.0 | 27 | 0 | 0 00 | 0 0 | 0 |
| 2023-12-21 | 47 | 34 | 40 5 | 3.2 | 24 | 0 | 0 00 | 0 0 | 0 |
| 2023-12-22 | 37 | 29 | 33 0 | -4 1 | 32 | 0 | 0 00 | 0.0 | 0 |
| 2023-12-23 | 47 | 32 | 39.5 | 2 7 | 25 | 0 | 0 00 | 0.0 | 0 |
| 2023-12-24 | 50 | 39 | 44 5 | 7 9 | 20 | 0 | 0 01 | 0 0 | 0 |

Travelers Claim I4D6625 (Vertex 93142)
Inspecton Date   12 December 2023
Tina DiSano Residence
1722 North Hancock Street
Philadelphia, PA 19133



VERTEX ID 240800855

## ATTACHMENT D

25

## METEOROLOGICAL DATA



Travelers Claim I4D6625 (Vertex 93142)
Inspection Date    12 December 2023
Tina DiSano Residence
1722 North Hancock Street
Philadelphia, PA 19133



## ATTACHMENT E:

26

### VERTEX OBSERVATION PHOTOS

**Photograph: 41**

**Description:**

View of View of Low Wall Opposite DiSano Residence Prior to Complete Failure.

Corresponds to Photos 23 and 24.



**Photograph: 42**

**Description:**

View of Dislodged Privacy Wall Boards Opposite DiSano Door Side Entrance.




VERTEX ID 240800855

# ATTACHMENT E:

27

## VERTEX OBSERVATION PHOTOS

**Photograph: 43**

**Description:**

View of Northwest Cor-
ner of DiSano Property.



**Photograph: 44**

**Description:**

Close Up view of Photo
27. Note Chipped Con-
crete and Sunken Soil



Travelers Claim I4D6625 (Vertex 93142)
Inspection Date: 12 December 2023
Tina DiSano Residence
1722 North Hancock Street
Philadelphia, PA 19133



VERTEX ID 240800855

## ATTACHMENT E:

28

### VERTEX OBSERVATION PHOTOS

**Photograph: 45**

**Description:**

View of Joint between Door Well Wall and Foundation Wall.



**Photograph: 46**

**Description:**

Overall View of Door Well. Red Arrow Points to Joint Where Leaks Were Observed.



Travelers Claim I4D6625 (Vertex 93142)
Inspection Date   12 December 2023
Tina DiSano Residence
1722 North Hancock Street
Philadelphia, PA 19133



# ATTACHMENT E:

29

## VERTEX OBSERVATION PHOTOS

**Photograph: 47**

**Description:**

View from Entry Platform on North Side of Residence.



**Photograph: 48**

**Description:**

View Looking Down on Northeast Corner of Residence from North Side Entry Platform



Travelers Claim I4D6625 (Vertex 93142)
Inspection Date    12 December 2023
Tina DiSano Residence
1722 North Hancock Street
Philadelphia, PA 19133



## ATTACHMENT E:

30

## VERTEX OBSERVATION PHOTOS

**Photograph: 49**

**Description:**

View of Small Crack in Wall above 1st Floor Window



**Photograph: 50**

**Description:**

View of Ongoing Construction Opposite North Entry Platform.

Red Arrow Points to Northwest Corner of DiSano Property.

Also Note Clayey Silt Washed onto Yard Area,





240800855

## ATTACHMENT E:

31

### VERTEX OBSERVATION PHOTOS

**Photograph: 51**

**Description:**

View of Excavation and Ongoing Construction Opposite Northwest Corner of DiSano Property.



**Photograph: 52**

**Description:**

View of Door Well and Excavation and Ongoing Construction.





## ATTACHMENT E:

32

## VERTEX OBSERVATION PHOTOS

**Photograph: 53**

**Description:**

View of Excavation and Ongoing Construction Opposite Southwest Corner of DiSano Property.

Note Clayey Silt on Pavement.



**Photograph: 54**

**Description:**

View of Clayey Silt Washed onto yard Area Opposite North Entrance





# EXHIBIT 3

Case ID 240800855



MONTGOMERY INS SERVS INC
330 W STATE ST
MEDIA, PA 19063

December 21, 2022



 **610915192-633-1**
**1722R N HANCOCK
ST # 10**
01/22/2023 to 01/22/2024

 Log in to MyTravelers com to manage
your policy and billing details

TINA DISANO
ALANE DAME
1722R N HANCOCK ST
PHILADELPHIA, PA 19122-3140

# Your insurance policy has changed

As a Travelers insurance customer, you have more than 150 years of experience, financial stability and superior claim service behind you, so you can feel protected – especially when you need us most

## Review your updated policy documents

No one understands your needs better than you  So please take a moment to review and confirm your insurance policy details, including your Declarations page, which lists the coverage you purchased, your coverage limits and deductibles

If you decide to rent, sell, vacate or remodel this property, please notify your agent or Travelers representative immediately to maintain the coverage you need

## Superior Service

At Travelers, we provide fast, efficient claim service and 24/7 claim reporting. We're proud to put our talent, expertise and resolution excellence to work for you

On behalf of MONTGOMERY INS SERVS INC, thank you for choosing Travelers to help you protect what matters  It's Better Under the Umbrella®.

### A faster, easier way to manage your account

Visit **MyTravelers.com** or open the camera on your smartphone and scan the QR code below to download our mobile app, where you can:

- Manage your policy and bills
- Submit and monitor a claim



**Contact Information**
Policy questions or changes: 1.877.872.8737
24-hour claim service: 1.800.252.4633

Sincerely,

*Michael Klein*

Michael Klein
President
Travelers Personal Insurance

---

**Take advantage of
our other coverage
options and
multi-policy discount**

 AUTO

 BOAT & YACHT

 UMBRELLA

 VALUABLES

**Call your agent or Travelers
representative at 1.877.872.8737
to find out more!**

PL-50373 (08-21)

Case ID 240800855

YOUR AGENCY
**MONTGOMERY INS SERVS INC**
330 W STATE ST
MEDIA, PA 19063
PHONE  1 877 872 8737 | FAX  (866) 418-9984



**TRAVELERS**

YOUR POLICY

**610915192-633-1**
**1722R N HANCOCK ST # 10**
Jan 22, 2023 to Jan 22, 2024

ⓘ Log in to MyTravelers.com to manage
your policy and billing details.

# You're insured!

This document is intended to help you better understand your homeowners insurance  Your policy is effective from **January 22, 2023** to **January 22, 2024**  For a complete description of your coverage, please refer to your policy.



**COVERAGE A**
**Dwelling** and attached structures such as garages and decks

YOUR LIMIT
**$489,000**

**COVERAGE B**
**Other structures** such as detached garages and sheds

YOUR LIMIT *
**$48,900**

**COVERAGE C**
**Personal property** such as furniture and clothing

YOUR LIMIT *
**$244,500**

**COVERAGE E**
**Personal liability** for property damage and bodily injury to others

YOUR LIMIT
**$500,000**

**COVERAGE F**
**Medical payments** to others

YOUR LIMIT
**$5,000**

**COVERAGE D**
**Loss of use** or access to your dwelling

YOUR LIMIT *
**$97,800**

**Deductibles**
Amount of a covered claim that is your responsibility

All Perils                     **$1,000**

## You're receiving five discounts for a total savings of $572.00

- ✓ Multi-Policy
- ✓ Good Payer
- ○ Water Protective Device
- ✓ Early Quote
- ✓ Fire Protective Device
- ○ Green Home
- ✓ Loss Free
- ○ Theft Protective Device
- ○ Windstorm Mitigation

**12-month total premium**

**$1,384.00**

Go to **MyTravelers.com/discounts** and use product code QH2 to learn about all the discounts available to you

* Your Coverage B, C, and D limits are maintained as a percentage of your Coverage A limit  If your Coverage A limit changes, your Coverage B, C, and D limits will be adjusted accordingly

This is not a policy document and does not change any provisions of your policy. There are exclusions, limitations, and conditions that apply to each coverage. If there is any conflict between your policy and this information, the provisions of your policy will apply.

PL-50374 (05-17)

Case ID: 240800855



As of December 21, 2022

## What does your policy typically cover?

Your policy helps protect you from a number of things that can go wrong. Here are some of the most common.



### Weather
Hail, lightning, and other weather events can damage your roof, windows, siding, and more – so can falling branches and other debris



### Fire
Whether it's smoke damage from a small kitchen fire or extensive damage from a large, accidental fire, your policy can help you repair or rebuild your property.



### Theft or vandalism
Your policy typically covers theft or vandalism of your property. See your policy for special limits on things such as collectibles, jewelry, and money

**Take steps to protect your property and call us as soon as damage occurs.**
**For more tips, go to MyTravelers.com/prepare-prevent.**

## What isn't covered?

Your policy covers you for many types of loss or damage, but it can't protect you from everything. Some examples



### Floods are not covered
Your policy does not cover flood damage. Please review the Important Information About Flood Damage page for more details and resources



### Earthquake coverage is optional
Damage from earthquakes is not covered, unless you specifically purchase coverage for it. Check under the Optional Coverages and Packages section of your Policy Declarations. If you do not see this coverage listed and think you need it, please contact your agent or Travelers representative



### It's not for home maintenance
Repairs due to wear and tear or lack of upkeep are not typically covered under your policy

## When circumstances change, we need to know

Review your Policy Declarations to be sure the information we have is accurate. If your property, circumstances, or needs change, let us know immediately to maintain the coverage you need. Not informing us may result in a denied claim

Contact your agent or Travelers representative if:

- Your mailing address changes
- Someone named on the policy moves out
- Someone named on the policy passes away
- Someone moved onto your property

- You rent, sell, temporarily relocate, vacate or buy a new home
- Business is conducted on your property
- You renovate or build an addition
- You replace your roof

---

**This is not a policy document and does not change any provisions of your policy. There are exclusions, limitations, and conditions that apply to each coverage. If there is any conflict between your policy and this information, the provisions of your policy will apply.**

CPL221240800855



## Homeowners Policy Change Declarations

**Named Insured and Mailing Address**
TINA DISANO
ALANE DAME
1722R N HANCOCK ST
PHILADELPHIA, PA 19122-3140
TDISANO@GMAIL COM

**Your Agency's Name and Address**
MONTGOMERY INS SERVS INC
330 W STATE ST
MEDIA, PA 19063

**Residence Premises**
1722R N HANCOCK ST # 10
PHILADELPHIA, PA 19122-3140

**Mortgagee Name and Address**

1    PENNYMAC LOAN SERVICES
     ISAOA/ATIMA
     PO BOX 6618
     SPRINGFIELD, OH 45501-6618
     LOAN NUMBER· 05805686689

## Policy Information

| | | | |
|---|---|---|---|
| **Your Policy Number** | 610915192 633 1 | **For Policy Service** | 1 877 872.8737 |
| **Your Account Number** | 610915192 | **For Claim Service** | 1 800 252.4633 |

**Your Insurer:**     TRAVELERS PERSONAL INSURANCE COMPANY
a subsidiary or affiliate of The Travelers Indemnity Company
One Tower Square, Hartford, CT 06183

**Premium Change:** This change causes no additional or return premium for the policy period
**Change Effective:**  January 22, 2023
**Reason For Change:**
Change to Billing Method

*These Declarations replace all prior declarations on the date on which this change is effective*

**The policy period is from January 22, 2023 at 12:01 A.M. STANDARD TIME to January 22, 2024 at 12:01 A.M. STANDARD TIME at the residence premises.**

|  | **$1,384.00** |
|---|---|
| **This is not a bill. The mortgagee will be billed separately for this policy.** | |

## Discounts

The following discounts reduced your premium

| | | |
|---|---|---|
| Multi-Policy | Early Quote | Loss Free |
| Good Payer | Fire Protective Device | |

## Savings Reflected in Your Total Premium:                                     $572.00



## Coverages and Limits of Liability

| Property Coverage Section | Limit |
|---|---|
| Coverage A – Dwelling | $489,000 |
| Coverage B – Other Structures | $48,900 |
| Coverage C – Personal Property | $244,500 |
| Coverage D – Loss of Use | $97,800 |

| Liability Coverage Section | Limit |
|---|---|
| Coverage E – Personal Liability - Bodily Injury and Property Damage (each occurrence) | $500,000 |
| Coverage F – Medical Payments to Others (each person) | $5,000 |

## Deductibles

| Peril Deductible | Deductible |
|---|---|
| Property Coverage Deductible (All Perils) | $1,000 |

*In case of loss under the Property Coverage Section, only that part of the loss over the applicable deductible will be paid (up to the coverage limit that applies)*

## Special Limits and Additional Coverages
## Coverage Level: **Travelers Protect®**

*The limit shown for each of the Special Limits of Liability and Additional Coverages is the total limit for each loss in that category*

| **Personal Property – Special Limits of Liability** | **Limit** |
|---|---|
| a. Money, bank notes, coins, stored value cards | $250 |
| b. Securities, accounts, passports, tickets, stamps | $1,500 |
| c. Comic books and trading cards | $1,000 |
| d. Collectibles, figurines, glassware, marble, porcelains, statuary | $1,000 |
| e. Theft, misplacing or losing of jewelry, watches, precious stones | $1,500 |
| f. Theft, misplacing or losing of furs | $1,500 |
| g. Theft, misplacing or losing of silverware, goldware, pewterware | $1,500 |
| h. Theft, misplacing or losing of firearms and related equipment | $1,500 |
| i. Theft of tools and their accessories | $1,500 |
| j. Theft of rugs, tapestries and wall hangings | $1,500 |
| k. Business property on the residence premises | $3,000 |
| l. Business property away from the residence premises | $1,500 |
| m. Trailers or semitrailers not used with watercraft | $1,500 |
| n. Motor vehicle parts or equipment not attached to motor vehicle | $500 |
| o. Electronic apparatus while in or upon a motor vehicle or watercraft | $1,500 |

*The Special Limits of Liability do not increase your Coverage C – Personal Property Limit*

| **Property – Additional Coverages** | **Limit** |
|---|---|
| Debris Removal (Additional % of damaged covered property limit) | 5% |
| Tree Removal | Per Tree $500 Per Loss $1,000 |



| Named Insured | TINA DISANO | Policy Number | 610915192 633 1 |
|---|---|---|---|
| | ALANE DAME | | |
| Policy Period | January 22, 2023 to January 22, 2024 | Issued On Date | December 21, 2022 |

| **Property – Additional Coverages (continued)** | **Limit** |
|---|---|
| Tree, Shrubs and Other Plants | Per Tree $500 Per Loss $24,450 |
| (5% of Coverage A - Dwelling Limit) | |
| Fire Department Service Charge | $500 |
| Credit Card, Fund Transfer, Forgery and Counterfeit Money | $1,000 |
| Loss Assessment | Pkg |
| Landlord Furnishings | $2,500 |
| Ordinance or Law (10% of Coverage A - Dwelling Limit) | $48,900 |
| Personal Records and Data Replacement | $1,500 |
| Limited Fungi or Other Microbes Remediation | $5,000 |

*The applicable policy deductible applies unless otherwise noted*

| **Liability – Additional Coverages** | **Limit** |
|---|---|
| Damage to Property of Others | $1,000 |
| Loss Assessment | Pkg |

*Please review your policy for other Personal Property Special Limits of Liability and Additional Coverages that may apply*

## Optional Packages

| Optional Packages | Endorsement | Limit | Premium |
|---|---|---|---|
| **Enhanced Water Package** | | | Included* |
| Water Back Up and Sump Discharge or Overflow Coverage | HQ-208 PA (08-20) | $15,000 | |
| Limited Hidden Water or Steam Seepage or Leakage Coverage | HQ-209 CW (08-18) | $10,000 | |
| **Roof and Siding Matching Package** | | | Included* |
| Matching of Undamaged Roof Surfacing Additional Coverage | HQ-700 CW (05-18) | $10,000 | |
| Matching of Undamaged Siding Additional Coverage | HQ-701 CW (05-18) | $10,000 | |
| **Additional Coverage Package** | | | Included* |
| Special Personal Property Coverage | HQ-015 PA (02-21) | | |
| Personal Injury Coverage | HQ-082 PA (02-19) | | |
| Personal Property Replacement Cost Loss Settlement | HQ-290 CW (02-21) | | |
| Additional Replacement Cost Protection Coverage | HQ-420 CW (08-18) | $244,500 | |
| 50% of Coverage A - Dwelling Limit | | | |
| Refrigerated Property Coverage | HQ-498 CW (05-17) | $500 | |
| Loss Assessment | Increased Limit | $5,000 | |
| **Buried Utility Lines and Equipment Breakdown Package** | | | $45.00 |
| Equipment Breakdown Coverage | HQ-855 CW (05-17) | $50,000 | |
| Buried Utility Lines Coverage | HQ-856 CW (08-20) | $10,000 | |

*__Note:__ The additional cost or premium reduction for any optional coverage or package
shown as "Included" is contained in the Total Policy Premium Amount*



## Required Forms and Endorsements Included in Your Policy:                Form: 633

| | |
|---|---|
| Policy Quick Reference | HQ-T77 CW (05-17) |
| Agreement, Definitions & Policy Conditions | HQ-D77 PA (05-17) |
| Property Coverage Section | HQ-P03 PA (05-17) |
| Liability Coverage Section | HQ-L77 PA (05-17) |
| Signature Page | HQ-S99 CW (05-17) |
| Special Provisions - Pennsylvania | HQ-300 PA (01-22) |
| Additional Benefits | HQ-860 PA (08-18) |

**The Declarations along with the Optional Coverages, Optional Packages and Required Forms and Endorsements listed above form your Homeowners Insurance Policy. Please keep these documents for reference.**

## Information About Your Property

There are many factors that determine the premium on your policy, some of which are displayed below. If you would like a policy review, please contact your agent or Travelers Representative

| | | |
|---|---|---|
| Year Built  2018 | Garage Type  None | Pool  No |
| # of Families:  1 Family | Square Footage:  2400 | Age of Roof  5 |
| # of Stories  3 | Construction Type  Frame | Roof Material Type.  Asphalt-Fiberglass |
| # of Bathrooms. 3 | Siding Type: Masonry Veneer | |
| # of Employees  00 | Foundation Type:  Basement | |
| Garage - Number of Cars  00 | Finished Basement: Yes | |

Issued on 12-21-2022

## For Your Information

For information about how Travelers compensates independent agents and brokers, please visit www Travelers com or call our toll free telephone number 1-866-904-8348  You may also request a written copy from Marketing at One Tower Square, 2GSA, Hartford, Connecticut 06183

We want to make sure we are using accurate information to rate your policy   Because you are the most familiar with your home we need your help to make sure that the information on your Declarations is accurate and complete   If any of the information on your Declarations has changed, appears incorrect or is missing, please advise your agent or Travelers representative    We also need you to check our website at www.mytravelers.com/discounts to ensure that you are receiving all of the discounts for which you are eligible. Once at the website, type in your policy number 6109151926331 and product code QH2 to view all available discounts. Should you have any questions about the information on your Declarations or your discounts, please call your agent or Travelers representative



| Named Insured | TINA DISANO ALANE DAME | Policy Number | 610915192 633 1 |
| Policy Period | January 22, 2023 to January 22, 2024 | Issued On Date | December 21, 2022 |

Each home is unique and you know your home best  Your coverage amount may need to be adjusted, higher or lower, based on your home's specific construction details, updates or upgrades. Have you recently made any home improvements, such as upgraded your kitchen or bath, or completed a finished living area in your basement? Have you added an extra room or built a deck? These changes can significantly increase the replacement cost value of your home. It is important to make sure your policy affords appropriate coverage and limits to reflect your home's replacement cost value in the event of a total loss. If you disagree with your coverage limit, please contact your agent or Travelers representative who can work with you to help you decide the appropriate amount of insurance for your home and process any necessary adjustments

If you have recently replaced your roof it is important that you inform your Travelers Representative

**CERTIFICATE OF COMPLIANCE**

I, James L. Pearl, Esquire, certify that this filing complies with the provisions of the *Public Access Policy of the Unified Judicial System of Pennsylvania: Case Records of the Appellate and Trial Courts* that require filing confidential information and documents differently than non-confidential information and documents.

/s/ James L. Pearl
James L. Pearl, Esquire
Attorney I.D. No. 82374
100 S. Broad Street, Suite 2126
Philadelphia, Pennsylvania 19110
(215) 586-4422
Attorney for Plaintiff Tina DiSano

Case ID: 240800855